# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BRIAN T. BAXTER AND SUSAN T. KINNIRY | : | No. 76 EM 2024 |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA BOARD OF ELECTIONS, REPUBLICAN NATIONAL COMMITTEE, AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |
| | : | |
| PETITION OF: REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |
| | : | |
| BRIAN T. BAXTER AND SUSAN T. KINNIRY | : | No. 77 EM 2024 |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA BOARD OF ELECTIONS, REPUBLICAN NATIONAL COMMITTEE, AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |
| | : | |
| PETITION OF: REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF PENNSYLVANIA | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2024, the Emergency Application for Extraordinary Relief Pending Filing of Petition for Allowance of Appeal is **GRANTED** only

to the extent that the Commonwealth Court's decision docketed at 1305 C.D. 2024 and 1309 C.D. 2024 is stayed and shall not be applied to the November 5, 2024 General Election. This stay is entered without prejudice to the filing and due consideration on the merits of any petition for allowance of appeal that the parties may file or the disposition of an appeal should this Court grant such petition.

The Application for Leave to File Amicus Brief on Behalf of Restoring Integrity and Trust in Elections, Inc. and the Application for Leave to File Amicus Brief by Pennsylvania Department of State and Secretary of the Commonwealth Al Schmidt are **GRANTED**. The Proposed Intervenor-Respondents' Combined Application to Intervene and Response to the RNC's and RPP's Emergency Stay Application by the Democratic National Committee and Pennsylvania Democratic Party is **DENIED** as moot without prejudice to renew their request in connection with any forthcoming petition for allowance of appeal or appeal in the above-captioned matter.

Justice Donohue files a concurring statement in which Chief Justice Todd joins.

Justice Dougherty files a concurring statement.